**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-55-DLB**

**AMY LOWE** **PLAINTIFF**

**v.** **JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

*** *** *** ***

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) the administrative decision is **AFFIRMED** and **Judgment** is entered in favor of the **Defendant**;

(2) the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

(3) this action is **STRICKEN** from the active docket of the Court.

This 17th day of August, 2026.

**Signed By:**
***David L. Bunning*** DB
**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\SocialSecurity\MOOs\Ashland\25-55 Lowe Judgment.docx